UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

43447
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc.

In Re:

RONNIE SCHMIDT

Order Filed on March 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-23353(MBK)

Adv. No.:

Hearing Date: 2-14-17

Judge: MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED:** March 7, 2017

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Ronnie Schmidt**
**16-23353(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Daniel Straffi, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. is the holder of a first purchase money security interest encumbering a 2007 Yamaha F150 outboard boat engine bearing identification number 63PX-1049177 (hereinafter the "engine").

2. **Curing Arrears:** At the hearing the debtor's account with Santander was due for payments from September 2016 to January of 2017 for a total of $680.75. The debtor shall cure arrears by making a payment of $136.15 by 2-20-17 followed by increased payments of $272.30 for 6 consecutive months, from 3-18-17 to 8-18-17. If the debtor fails to make any payment for a period of 15 days after it falls due, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the engine by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After curing arrears, the debtors shall make all retail installment contract payments to Santander Consumer USA Inc. when due, being the 18th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the engine by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the engine in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the engine by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to Santander Consumer USA Inc. through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.