**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43447
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc.

**Order Filed on March 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RONNIE SCHMIDT

Case No.: 16-23353(MBK)

Adv. No.:

Hearing Date: 2-14-17

Judge:  MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Ronnie Schmidt**
**16-23353(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Daniel Straffi, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. is the holder of a first purchase money security interest encumbering a 2007 Yamaha F150 outboard boat engine bearing identification number 63PX-1049177 (hereinafter the "engine").

2. **Curing Arrears:**  At the hearing the debtor's account with Santander was due for payments from September 2016 to January of 2017 for a total of $680.75.  The debtor shall cure arrears by making a payment of $136.15 by 2-20-17 followed by increased payments of $272.30 for 6 consecutive months, from 3-18-17 to 8-18-17.  If the debtor fails to make any payment for a period of 15 days after it falls due, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the engine by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After curing arrears, the debtors shall make all retail installment contract payments to Santander Consumer USA Inc. when due, being the 18th day of each month.  In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the engine by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the engine in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the engine by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to Santander Consumer USA Inc. through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Ronnie F. Schmidt  
    Debtor

Case No. 16-23353-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin      Page 1 of 1      Date Rcvd: Mar 08, 2017  
    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db      Ronnie F. Schmidt,      106 Bash Rd,      Toms River, NJ      08753-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:

     Albert Russo      on behalf of Trustee Albert Russo docs@russotrustee.com  
     Albert Russo      docs@russotrustee.com  
     Daniel E. Straffi      on behalf of Debtor Ronnie F. Schmidt dstraffi1@comcast.net, G25938@notify.cincompass.com  
     Denise E. Carlon      on behalf of Creditor PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Eamonn O'Hagan      on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
     Jenelle C Arnold      on behalf of Creditor PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee bkecfinbox@aldridgepite.com, jarnold@ecf.inforuptcy.com  
     John R. Morton, Jr.      on behalf of Creditor Santander Consumer USA Inc., an assignee of GEMB Lending Inc. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
     Robert P. Saltzman      on behalf of Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org  
     TOTAL: 8