| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STRAFFI & STRAFFI**<br>670 Commons Way<br>Toms River, NJ  08755<br>Ph. 732-341-3800<br>dstraffi1@comcast.net<br>Attorney for Debtor(s) | **Order Filed on March 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    Schmidt, Ronnie F.<br>              Debtor(s). | Case No.: 16-23353<br><br>Adv. No.:<br><br>Hearing Date:  March 28, 2017 at 9:00 am<br><br>Judge:  Michael B. Kaplan |

### ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through   ___n/a___   is hereby **ORDERED**.

**DATED: March 16, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Schmidt, Ronnie F.
Case No: 16-23353/MBK

_____

### ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

**THIS MATTER** having come before the Court upon the motion of the Debtor Authorizing Loan Modification Agreement as hereinafter set forth, and for good cause shown; it is hereby

**ORDERED** as follows:

1. The debtor's application to enter into a Loan Modification is hereby approved.

2. That communications and/or negotiations between the Debtor and Fay Servicing regarding the Loan Modification shall not be deemed a violation of the automatic stay.

3. That the Order Approving Loan Modification Agreement shall be deemed effective as of the date Debtor filed his application.

4. Debtor shall file a Modified Plan within twenty (20) days of this Order.

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.