UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI**
670 Commons Way
Toms River, NJ  08755
Ph. 732-341-3800
dstraffi1@comcast.net
Attorney for Debtor(s)

In Re:

    Schmidt, Ronnie F.
               Debtor(s).

Order Filed on March 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-23353

Adv. No.:

Hearing Date:  March 28, 2017 at 9:00 am

Judge:  Michael B. Kaplan

# ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through  ___n/a___ is hereby **ORDERED**.

**DATED: March 16, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)
Debtor: Schmidt, Ronnie F.
Case No: 16-23353/MBK

_____

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

**THIS MATTER** having come before the Court upon the motion of the Debtor Authorizing Loan Modification Agreement as hereinafter set forth, and for good cause shown; it is hereby

**ORDERED** as follows:

1. The debtor's application to enter into a Loan Modification is hereby approved.

2. That communications and/or negotiations between the Debtor and Fay Servicing regarding the Loan Modification shall not be deemed a violation of the automatic stay.

3. That the Order Approving Loan Modification Agreement shall be deemed effective as of the date Debtor filed his application.

4. Debtor shall file a Modified Plan within twenty (20) days of this Order.

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-23353-MBK
Ronnie F. Schmidt                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1           Date Rcvd: Mar 17, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db             Ronnie F. Schmidt,    106 Bash Rd,    Toms River, NJ   08753-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Ronnie F. Schmidt dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eamonn   O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Jenelle C Arnold    on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc., an assignee of GEMB
               Lending Inc. mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Robert P. Saltzman    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                                 TOTAL: 8