Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−23353−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronnie F. Schmidt
   106 Bash Rd
   Toms River, NJ 08753−7201

Social Security No.:
   xxx−xx−2873

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on March 13, 2017.

   On April 25, 2017 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                May 23, 2017
Time:               10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 27, 2017
JAN: mrg

                                                                         Jeanne Naughton
                                                                         Clerk

```
                                    United States Bankruptcy Court
                                         District of New Jersey
In re:                                                                              Case No. 16-23353-MBK
Ronnie F. Schmidt                                                                   Chapter 13
         Debtor
                                           CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                 Page 1 of 2              Date Rcvd: Apr 27, 2017
                                  Form ID: 185                Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             Ronnie F. Schmidt,    106 Bash Rd,    Toms River, NJ 08753-7201
aty            Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mt. Laurel, NJ 08054-4318
cr            +Santander Consumer USA Inc., an assignee of GEMB L,     P.O. Box 562088,    Suite 900 North,
               Dallas, TX 75356-2088
lm            +Seterus, Inc.,    14523 SW Millikan Way,    Suite 200,    Beaverton, OR 97005-2352
cr            +Seterus, Inc. as the authorized subservicer for Fe,     PO Box 1047,    Hartford, CT 06143-1047
516283668    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, NA,      4161 Piedmont Parkway,
                 Greensboro, NC   27410)
516283667      Bank Of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
516485602     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516283670      Chae Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516283671      Chase Card Services,    Attn: Correspondence Dept,     PO Box 15298,    Wilmington, DE 19850-5298
516283672      Citibank,    Citicorp Credit/Centralized Bankruptcy,    PO Box 790040,
                 Saint Louis, MO 63179-0040
516283673      Citibank / Sears,    Citicorp Credit Services/Centralized Ban,     PO Box 790040,
                 Saint Louis, MO 63179-0040
516283674      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     PO Box 790040,
                 Saint Louis, MO 63179-0040
516283675    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,      PO Box 81577,    Austin, TX 78708-1577)
516283677    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,      PO Box 62180,
                 Colorado Springs, CO 80962-2180)
516513675     +Fay Servicing, LLC,    Bankruptcy Department,     939 W. North Avenue Suite 680,
                 Chicago, Illinois 60642-1231
516513676     +Fay Servicing, LLC,    Bankruptcy Department,     939 W. North Avenue Suite 680,
                 Chicago, Illinois 60642,    Fay Servicing, LLC,    Bankruptcy Department 60642-1231
516283679      Michele L. Schmidt,    106 Bash Rd,    Toms River, NJ 08753-7201
516283680     +Money Management International,    14141 Southwest Freeway, Suite 1000,
                 Sugar Land, TX 77478-3494
516283681      Northfork Bk,    PO Box 30273,    Salt Lake City, UT 84130-0273
516283682      Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
516380167     +PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na,     c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
516283683      Pier 1/Nb,    PO Box 15298,    Wilmington, DE 19850-5298
516283684     +Pluese, Becker & Saltzman, LLC,    2000 Horizon Way, Suite 900,     Mount Laurel, NJ 08054-4303
516299076     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
516303149     +SANTANDER CONSUMER USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516494299    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,      Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516283685     #Santander Consumer USA,    8585 N Stemmons Fwy Ste 1100-N,     Dallas, TX 75247-3822
516283687      Sears/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
516283688     +Seterus Inc,    14523 SW Millikan Way St Ste 200,    Beaverton, OR 97005-2352
516283689      State Of New Jersey,    Judgment Section, PO Box 245,    Department Of Treasury, Div. Of Taxation,
                 Trenton, NJ 08695-0445
516283690     +State Of New Jersey Motor Vehicle,    PO Box 4850 Violations Surcharge System,
                 Trenton, NJ 08650-4850
516283694    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52408-8026)
516338353     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516283695      Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
516283696      Wachrl/Wells Fargo,    Attn: Centralized Bankruptcy MAC R4057-0,     PO Box 13765,
                 Roanoke, VA 24037-3765
516283697      Webbank/dfs,    PO Box 81607,    Austin, TX 78708-1607
516283699      Wells Fargo Bank,    MAC F82535-02F,    PO Box 10438,    Des Moines, IA 50306-0438
516283698      Wells Fargo Bank,    Credit,    Bureau DISP,    Des Moines, IA 50306
516283700      Wells Fargo Bank Nv NA,    PO Box 31557,    Billings, MT 59107-1557
516495774      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516433814      Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
516364043     +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
516283701     +Wells Fargo Bank, NA,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:51     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Apr 27, 2017
                               Form ID: 185             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
cr              E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 11:47:15
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,    Newark, NJ   07102-2535
516283669       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 27 2017 22:53:38
                 Capital One Auto Finance,    7933 Preston Rd,    Plano, TX   75024-2302
516283691       E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 22:53:28      Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy,    PO Box 103104,    Roswell, GA   30076-9104
516283692       E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 22:53:28      Synchrony Bank/Lending Inc,
                 Attn: Bankruptcy,    PO Box 103104,    Roswell, GA   30076-9104
516283693       E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 22:53:48      Synchrony Bank/Lord & Taylor,
                 Attn: Bankruptcy,    PO Box 103104,    Roswell, GA   30076-9104
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516283676*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Fia Csna/Bank of America,    Attn: Bankruptcy,    PO Box 15102,
                 Wilmington, DE  19886-5102)
516283678*      Internal Revenue Service,    PO Box 7346,    Special Procedures Branch, Bky Sec.,
                 Philadelphia, PA   19101-7346
516283686*     +Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-n,    Dallas, TX 75247-3822
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Ronnie F. Schmidt dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Jenelle C Arnold    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., an assignee of GEMB
               Lending Inc. mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                             TOTAL: 8
```