| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MORTON & CRAIG, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057    (856)866-0100<br>Attorney for : Santander Consumer USA Inc., an assignee of GEMB Lending Inc.<br>Our File No.:  44550<br>JM-5630<br><br>In Re:<br><br>Ronnie F. Schmidt | **Order Filed on August 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:        16-23353<br><br>Hearing Date: _____<br><br>Judge:               MBK<br><br>Chapter:             13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of ___Santander Consumer USA Inc., an assignee of GEMB___, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2007 Yamaha F150
    Vehicle Identification Number
    63PX-1049177

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Ronnie F. Schmidt  
    Debtor

Case No. 16-23353-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 02, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.  
db          Ronnie F. Schmidt,    106 Bash Rd,    Toms River, NJ    08753-7201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Daniel E. Straffi    on behalf of Debtor Ronnie F. Schmidt dstraffi1@comcast.net,  
          G25938@notify.cincompass.com  
         Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank  
          National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)  
          eamonn.ohagan@usdoj.gov  
         Jenelle C Arnold    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank  
          National Association, as Legal Title Trustee bkecfinbox@aldridgepite.com,  
          jarnold@ecf.inforuptcy.com  
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., an assignee of GEMB  
          Lending Inc. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
         Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for  
          Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org  
                                                                                                         TOTAL: 8