Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  16−23353−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronnie F. Schmidt
   106 Bash Rd
   Toms River, NJ 08753−7201

Social Security No.:
   xxx−xx−2873

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/12/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 12, 2017
JAN: kmf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-23353-MBK
Ronnie F. Schmidt                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 12, 2017
                              Form ID: 148             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db              Ronnie F. Schmidt,   106 Bash Rd,   Toms River, NJ   08753-7201
aty             Pluese, Becker & Saltzman,   20000 Horizon Way,   Suite 900,   Mt. Laurel, NJ   08054-4318
lm             +Seterus, Inc.,   14523 SW Millikan Way,   Suite 200,   Beaverton, OR 97005-2352
cr             +Seterus, Inc. as the authorized subservicer for Fe,   PO Box 1047,   Hartford, CT 06143-1047
516485602      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516283670       Chae Mortgage,   3415 Vision Dr,   Columbus, OH 43219-6009
516283672       Citibank,   Citicorp Credit/Centralized Bankruptcy,   PO Box 790040,
                 Saint Louis, MO   63179-0040
516283673       Citibank / Sears,   Citicorp Credit Services/Centralized Ban,   PO Box 790040,
                 Saint Louis, MO   63179-0040
516283674       Citibank/the Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   PO Box 790040,
                 Saint Louis, MO   63179-0040
516513675      +Fay Servicing, LLC,   3000 Kellway Dr,   Ste 150,   Carrollton, TX 75006-3357
516283679       Michele L. Schmidt,   106 Bash Rd,   Toms River, NJ   08753-7201
516283680      +Money Management International,   14141 Southwest Freeway, Suite 1000,
                 Sugar Land, TX 77478-3494
516283681       Northfork Bk,   PO Box 30273,   Salt Lake City, UT   84130-0273
516283682       Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY   14225-1943
516994316      +PROF-2013-S3 LEGAL TITLE TRUST II,   C/O Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave,   Suite 100,   Boca Raton FL 33487-2853
516380167      +PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na,   c/o Seterus, Inc.,   PO Box 1047,
                 Hartford, CT 06143-1047
516283684      +Pluese, Becker & Saltzman, LLC,   2000 Horizon Way, Suite 900,   Mount Laurel, NJ 08054-4303
516494299     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Department of the Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516283687       Sears/Cbna,   PO Box 6497,   Sioux Falls, SD   57117-6497
516283688      +Seterus Inc,   14523 SW Millikan Way St Ste 200,   Beaverton, OR 97005-2352
516283689       State Of New Jersey,   Judgment Section, PO Box 245,   Department Of Treasury, Div. Of Taxation,
                 Trenton, NJ   08695-0445
516283690      +State Of New Jersey Motor Vehicle,   PO Box 4850 Violations Surcharge System,
                 Trenton, NJ 08650-4850
516338353      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516283695       Visa Dept Store National Bank,   Attn: Bankruptcy,   PO Box 8053,   Mason, OH   45040-8053
516283696       Wachrl/Wells Fargo,   Attn: Centralized Bankruptcy MAC R4057-0,   PO Box 13765,
                 Roanoke, VA   24037-3765
516283698       Wells Fargo Bank,   Credit,   Bureau DISP,   Des Moines, IA   50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2017 22:18:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2017 22:18:16     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Oct 12 2017 22:03:00     United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,   970 Broad Street,   Suite 700,   Newark, NJ 07102-2535
cr             +EDI: DRIV.COM Oct 12 2017 22:03:00     Santander Consumer USA Inc., an assignee of GEMB L,
                 P.O. Box 562088,   Suite 900 North,   Dallas, TX 75356-2088
516283668       EDI: BANKAMER.COM Oct 12 2017 22:03:00     Bank Of America, NA,   4161 Piedmont Parkway,
                 Greensboro, NC   27410
516283676       EDI: BANKAMER2.COM Oct 12 2017 22:03:00     Fia Csna/Bank of America,   Attn: Bankruptcy,
                 PO Box 15102,   Wilmington, DE   19886-5102
516283667       EDI: BANKAMER.COM Oct 12 2017 22:03:00     Bank Of America,   NC4-105-03-14,   PO Box 26012,
                 Greensboro, NC 27420-6012
516283669       EDI: CAPONEAUTO.COM Oct 12 2017 22:03:00     Capital One Auto Finance,   7933 Preston Rd,
                 Plano, TX 75024-2302
516283671       EDI: CHASE.COM Oct 12 2017 22:03:00     Chase Card Services,   Attn: Correspondence Dept,
                 PO Box 15298,   Wilmington, DE 19850-5298
516283675       EDI: RCSDELL.COM Oct 12 2017 22:03:00     Dell Financial Services,   PO Box 81577,
                 Austin, TX 78708-1577
516283677       EDI: FORD.COM Oct 12 2017 22:03:00     Ford Motor Credit,   PO Box 62180,
                 Colorado Springs, CO 80962-2180
516283683       EDI: CHASE.COM Oct 12 2017 22:03:00     Pier 1/Nb,   PO Box 15298,   Wilmington, DE 19850-5298
516299076      +EDI: DRIV.COM Oct 12 2017 22:03:00     SANTANDER CONSUMER USA,   P.O. Box 560284,
                 Dallas, TX 75356-0284
516303149      +EDI: DRIV.COM Oct 12 2017 22:03:00     SANTANDER CONSUMER USA,   P.O. Box 961245,
                 Fort Worth, TX 76161-0244
516283685       EDI: DRIV.COM Oct 12 2017 22:03:00     Santander Consumer USA,   8585 N Stemmons Fwy Ste 1100-N,
                 Dallas, TX 75247-3822
516283691       EDI: RMSC.COM Oct 12 2017 22:03:00     Synchrony Bank/Banana Republic,   Attn: Bankruptcy,
                 PO Box 103104,   Roswell, GA   30076-9104
516283692       EDI: RMSC.COM Oct 12 2017 22:03:00     Synchrony Bank/Lending Inc,   Attn: Bankruptcy,
                 PO Box 103104,   Roswell, GA   30076-9104

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 12, 2017
                              Form ID: 148             Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516283693         EDI: RMSC.COM Oct 12 2017 22:03:00       Synchrony Bank/Lord & Taylor,    Attn: Bankruptcy,
                   PO Box 103104,    Roswell, GA  30076-9104
516283694         EDI: TFSR.COM Oct 12 2017 22:03:00       Toyota Motor Credit Co,    Toyota Financial Services,
                   PO Box 8026,    Cedar Rapids, IA  52408-8026
516283697         EDI: RCSDELL.COM Oct 12 2017 22:03:00       Webbank/dfs,    PO Box 81607,    Austin, TX  78708-1607
516283699         EDI: WFFC.COM Oct 12 2017 22:03:00       Wells Fargo Bank,    MAC F82535-02F,    PO Box 10438,
                   Des Moines, IA  50306-0438
516283700         EDI: WFFC.COM Oct 12 2017 22:03:00       Wells Fargo Bank Nv NA,    PO Box 31557,
                   Billings, MT  59107-1557
516495774         EDI: WFFC.COM Oct 12 2017 22:03:00       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
516364043        +EDI: WFFC.COM Oct 12 2017 22:03:00       Wells Fargo Bank, N.A.,    Business Direct Division,
                   P.O. Box 29482,    Phoenix, AZ 85038-9482
516433814         EDI: WFFC.COM Oct 12 2017 22:03:00       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,
                   Des Moines, IA 50328-0001
516283701        +EDI: WFFC.COM Oct 12 2017 22:03:00       Wells Fargo Bank, NA,    3476 Stateview Blvd,
                   Fort Mill, SC 29715-7200
                                                                                                TOTAL: 26


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Prof-2013-S3 Legal Title Trust II,    C/O Robertson, Anschutz & Schneid P.L.,
                   6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
516513676*       +Fay Servicing, LLC,    3000 Kellway Dr,    Ste 150,    Carrollton, TX 75006-3357
516283678*        Internal Revenue Service,    PO Box 7346,    Special Procedures Branch, Bky Sec.,
                   Philadelphia, PA  19101-7346
516283686*       +Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-n,    Dallas, TX 75247-3822
                                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Daniel E. Straffi     on behalf of Debtor Ronnie F. Schmidt dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon     on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn  O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Jenelle C Arnold     on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc., an assignee of GEMB
               Lending Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Laura M. Egerman     on behalf of Creditor    Prof-2013-S3 Legal Title Trust II bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Robert P. Saltzman     on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                                TOTAL: 9
```